# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RACHEL REITER, ) | |
| ) | Case No. 1:09-cv-1854 |
| Plaintiff, ) | |
| ) | Judge Solomon Oliver, Jr. |
| vs. ) | |
| ) | **NOTICE OF DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff, RACHEL REITER, and through her attorneys, LUXENBURG & LEVIN, LLC, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties. Plaintiff requests that the Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement should either party fail to perform its obligations thereunder.

9/15/2009 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 711
(866) 382-0092 facsimile
david@luxenburglevin.com